

**Settlement Conference, Law v. CCI, 3:13-CV-2407**

Martin Carlson (Mag Judge)  to:  Chambers of Judge Edwin M. Kosik       01/09/2015 03:02 PM

Cc:  barry.dyller, CentiniS, jhealey

From:   Martin Carlson/PAMD/03/USCOURTS(Mag Judge)
To:     Chambers of Judge Edwin M. Kosik/PAMD/03/USCOURTS@USCOURTS,
Cc:     barry.dyller@dyllerlawfirm.com, CentiniS@aol.com, jhealey@omalleyandharris.com

## MEMORANDUM

FILED
SCRANTON

DATE:    January 9, 2015

JAN 1 3 2015

FROM:    United States Magistrate Judge Martin C. Carlson

PER _____
      DEPUTY CLERK

TO:      United States District Judge Edwin Kosik

RE:      Settlement Conference, Law v. CCI, 3:13-CV-2407

    I am pleased to inform you that, following settlement discussions, the parties have now notified me that they have reached an amicable resolution of this case. In light of this development, I recommend that the court enter a 60-day order in this case, closing the case without prejudice to re-opening this matter if for some reason this settlement is not fully consummated.

    I am copying both parties on this memorandum so they are informed of my report to the court, and my recommendation. I also want to commend all parties for their hard work resolving this case.

    Thank you for giving me this opportunity to work on this matter. I trust that this information will be of assistance to you. If I can assist in any other way, please do not hesitate to call upon me.

cc:    All counsel.